# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM S32839** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Latianna M. FA** | ) | |
| **Airman (E-2)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 20 April 2026, Appellant submitted a motion to withdraw from appellate review, along with a request to attach Appellant's DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 20 April 2026.

The Government did not file a response.

Accordingly, it is by the court on this day of 24th day of April, 2026,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach is **GRANTED.** Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

JACOB B. HOEFERKAMP, Capt, USAF
Chief Commissioner